■ JOAN HALL, Respondent, v. IRWIN HALL, Appellant.— In an action by the wife for a separation, the husband appeals from an order of the Supreme Court, Kings County, dated December 29, 1959, awarding the wife alimony *pendente lite* and a counsel fee. Order affirmed, with $10 costs and disbursements. On the record presented, we find no abuse of discretion by the Special

Term in fixing the amounts of alimony and counsel fee. As we have said in the past, the best protection for a husband in a case such as this is to seek a speedy trial in which the facts can be fully developed (*Leonard* v. *Leonard*, 1 A D 2d 981). Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.